Lori Irish Bauman, California State Bar No. 116990
lib@aterwynne.com
Matthew E. Hedberg, California State Bar No. 224907
meh@aterwynne.com
ATER WYNNE LLP
222 SW Columbia, Suite 1800
Portland, OR 97201
Tel: 503-226-1191
Fax: 503-226-0079

California Office:
Suite 126
3723 Haven Avenue
Menlo Park, CA 94025-1011

Attorneys for XtremeStructures, Inc.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA (SACRAMENTO)

| | |
|---|---|
| XTREMESTRUCTURES, INC., a Delaware corporation, | Case No. 2:08-CV-00621-LEW CMK |
| Plaintiff, | **JOINT MOTION TO STAY LITIGATION** |
| v. | |
| THE ONE TREE GROUP, INC., a Nevada corporation, | |
| Defendant. | |
| THE ONE TREE GROUP, INC., a Nevada Corporation, | |
| Cross-Complainant, | |
| v. | |
| XTREMESTRUCTURES, INC., a Delaware Corporation; TIMOTHY J. SCHMIDT; and DOES 1 – 50. | |
| Cross-Defendants. | |

Page 1 – JOINT MOTION TO STAY LITIGATION

ATER WYNNE LLP
222 SW COLUMBIA, SUITE 1800
PORTLAND, OR 97201-6618
(503) 226-1191

382487/1/LIB/103925-00033

PDF created with pdfFactory trial version www.pdffactory.com

Plaintiff/Cross-Defendant XtremeStructures, Inc. ("Xtreme"), Cross-Defendant Timothy Schmidt, and Defendant/Cross-Plaintiff The One Tree Group, Inc. ("OTG"), jointly move this Court for an order staying this litigation pending performance of a settlement pursuant to the Settlement Agreement and Mutual Release attached hereto. The Settlement Agreement and Mutual Release provides that Xtreme will make payments to OTG over a period of 12 months. The parties anticipate that the settlement will result in either a dismissal or entry of judgment within 13 months.

DATED this 22 day of August 2008.

| ATER WYNNE LLP | MCDONALD HOLLAND & ALLEN PC |
|---|---|
| By: /s/ Lori Irish Bauman<br>Lori Irish Bauman<br>California State Bar No. 116990<br>Attorneys for Plaintiff/Cross-Defendant<br>XtremeStructures, Inc. and<br>Cross-Defendant Timothy J. Schmitt | By: /s/ Stephen M. Lerner<br>Stephen M. Lerner<br>California State Bar No. 176688<br>Defendant/Cross-Complainant<br>The One Tree Group, Inc. |

**IT IS SO ORDERED -**

**THE PARTIES ARE TO FILE A JOINT STATUS REPORT WITH THE COURT NO LATER THAN JUNE 1, 2009. (JAM)**

**/s/ John A. Mendez**         Date: August 27, 2008
JUDGE, UNITED STATES DISTRICT COURT

Page 2 – JOINT MOTION TO STAY LITIGATION
ATER WYNNE LLP
222 SW COLUMBIA, SUITE 1800
PORTLAND, OR 97201-6618
(503) 226-1191

382487/1/LIB/103925-00033

PDF created with pdfFactory trial version www.pdffactory.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing will be e-filed on August 22, 2008, and will be automatically served upon counsel of record, all of whom appear to be subscribed to receive notice from the ECF system.

/s/ Stephen M. Lerner
Stephen M. Lerner

PDF created with pdfFactory trial version www.pdffactory.com