McDONOUGH HOLLAND & ALLEN PC
Attorneys at Law
STEPHEN M. LERNER (SBN 176688)
JAMIE M. ERRECART (SBN 214925)
555 Capitol Mall, 9th Floor
Sacramento, CA  95814
Phone: 916.444.3900
Fax:    916.444.8334

Attorneys for Defendant and Cross-Complainant
THE ONE TREE GROUP, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA (SACRAMENTO)

| | |
|---|---|
| XTREMESTRUCTURES, INC., | Case No. 2:08-CV-00621-JAM CMK |
| Plaintiff, | **ORDER FOR ENTRY OF JUDGMENT** |
| v. | **NO HEARING REQUESTED** |
| THE ONE TREE GROUP, INC., | |
| Defendant. | |
| THE ONE TREE GROUP, INC., a Nevada Corporation, | |
| Cross-Complainant, | |
| v. | |
| XTREMESTRUCTURES, INC., a Delaware Corporation; TIMOTHY J. SCHMIDT; and DOES 1 – 50. | |
| Cross-Defendants. | |

/ / /

/ / /

/ / /

1 | The Court hereby grants Defendant and Cross-Complainant The One Tree Group, Inc.'s Ex
2 | Parte Application for an Order Entering Judgment and orders that Judgment shall be entered in favor
3 | of The One Tree Group, Inc. and jointly and severally against XtremeStructures, Inc. and Timothy J.
4 | Schmidt in the principal amount of $417,034.72, which amount shall accrue interest of ten percent
5 | (10%) per year beginning on the date that judgment is entered.
6 | IT IS SO ORDERED:

DATED: January 5, 2009

/s/ John A. Mendez
HON. JOHN A. MENDEZ
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF CALIFORNIA

PDF created with pdfFactory trial version www.pdffactory.com